UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES DISTRICT COURT

                Plaintiff,                Case No. 2:16-cr-18

v.                                  HON. PAUL L. MALONEY

BOBBY LEE JONES, JR.

                Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 29, 2016 for an initial appearance a Class A misdemeanor information.  Pretrial services recommend detention and the government supported that recommendation and requested three days to prepare for hearing.

Defendant shall undergo mental health and substance abuse evaluations and be temporarily detained pending hearing currently set for **September 1, 2016 at 2:30 p.m.**.

IT IS ORDERED

Dated: 8/30/2016                            /s/ Timothy P. Greeley
                                                 TIMOTHY P. GREELEY
                                                 U.S. MAGISTRATE JUDGE